of conviction of the County Court of Kings County reversed, and a new trial ordered, upon the authority of People v. Pettanza, 207 N. Y. 560, 101 N. E. 428, decided March 14, 1913.

PEOPLE, Respondent, v. RUDNICK, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Morris Rudnick. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. SARAMONTES, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Christian Saramontes. No opinion. Motion to dismiss appeal granted.

PEOPLE v. SCHNEIDER et al. (Supreme Court, Appellate Division, Second Department. May 15, 1913.) Proceeding by the People of the State of New York against Barausch (or Baruch) Schneider and others. No opinion. Motion for stay granted, on condition that the defendant Kerr perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, denied. See, also, 154 App. Div. 203, 139 N. Y. Supp. 104.

PEOPLE v. SCHULZ. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Proceeding by the People of the State of New York against Alfred Schulz.

PER CURIAM. Motion to vacate order dismissing appeal granted, on condition that printed papers on appeal are served, so that case can go on calendar by June 10th. Settle order on notice.

PEOPLE, Respondent, v. SHAPIRO, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Max Shapiro. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. SHERMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Proceeding by the People of the State of New York against Nathaniel R. Sherman.

PER CURIAM. The defendant having failed to prosecute his appeal with reasonable diligence, the motion to dismiss the appeal is granted.

PEOPLE, Respondent, v. SILVER, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Harry B. Silver.

PER CURIAM. Motion denied, on condition that appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Edward Smith. No opinion. Motion to dismiss appeal denied. Motion for argument upon the original papers granted, and case set down for argument at the next term of this court.

PEOPLE, Respondent, v. SORIANO, Appellant. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Proceeding by the People of the State of New York, on complaint of Theresa Soriano, against Joseph Soriano. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. TRUPIANO, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Michael Trupiano. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. UCIVILI, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Sabato Ucivili. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. VOSBURGH, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Proceeding by the People of the State of New York against Albert G. Vosburgh. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. WEBER, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Vincent Weber. No opinion. Motion to dismiss appeal granted.

PEOPLE v. WONG WUNG. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Proceeding by the People of the State of New York against Wong Wung. No opinion. Motion granted, unless appellant complies with terms stated. Order filed.

PEOPLE ex rel. ALEXANDER v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Proceeding by the People of the State of New York, on the relation of Milton Alexander, against Rhinelander Waldo, as Police Commissioner, etc.

PER CURIAM. Determination confirmed, with $50 costs and disbursements.

JENKS, P. J., and STAPLETON, J., dissent.

PEOPLE ex rel. ALLOCCA v. WARDEN OF CITY PRISON. (Supreme Court, Appellate Division, Second Department. April 30,

1913.) Proceeding by the People of the State of New York, on the relation of Ralph Allocca, against the Warden of the City Prison. No opinion. Motion for stay denied.

PEOPLE ex rel. BEAVER v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Proceeding by the People of the State of New York, on the relation of Louis A. Beaver, against Rhinelander Waldo, as Commissioner. W. O'Shaughessy, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant, v. DRAPER, Com'r, et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Proceeding by the People of the State of New York, on the relation of the Board of Education of the City of New York, against Andrew S. Draper, as Commissioner of Education of the State of New York, and William H. Maxwell, City Superintendent, etc. No opinion. Order (78 Misc. Rep. 329, 138 N. Y. Supp. 351) unanimously affirmed, with costs.

PEOPLE ex rel. BRETSCH v. BOARD OF EDUCATION OF CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Proceeding by the People of the State of New York, on the relation of Homer L. Bretsch, against the Board of Education of the City of New York and others. No opinion. Order affirmed, with $10 costs and disbursements, in the exercise of discretion.

PEOPLE ex rel. CAMPBELL, Respondent, v. COLE et al., Appellants (two cases). (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Proceedings by the People of the State of New York, on the relation of William Campbell, against John E. Cole, as Commissioner of Public Safety, William P. Faust, or his successor, as Health Officer, and others. No opinion. Order affirmed, without costs.

PEOPLE ex rel. CURTIN, Respondent, v. THOMPSON, Com'r, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Proceeding by the People of the State of New York, on the relation of Daniel A. Curtin, against Henry S. Thompson, as Commissioner. E. S. Benedict, of New York City, for appellant. A. J. Talley, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted to extent stated in order. Order filed. See, also, 141 N. Y. Supp. 1141.

PEOPLE ex rel. CURTIN, Respondent, v. THOMPSON, Com'r, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Proceeding by the People of

the State of New York, on the relation of Daniel A. Curtin, against Henry S. Thompson, as Commissioner. E. S. Benedict, of New York City, for appellant. A. J. Talley, of New York City, for respondent. No opinion. Order and judgment affirmed, with costs. Order filed. See, also, 141 N. Y. Supp. 1141.

PEOPLE ex rel. GOEHNER, Appellant, v. WARDEN OF DISTRICT PRISON, Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Proceeding by the People of the State of New York, on the relation of George Goehner, against the Warden of the District Prison. D. M. Neuberger, of New York City, for appellant. Wm. J. Millard, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. HICKEY v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Proceeding by the People of the State of New York, on the relation of Joseph C. Hickey, against Rhinelander Waldo, as Commissioner. S. H. Stuart, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. HUNT, Respondent, v. FAYETTEVILLE & S. R. & T. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Proceeding by the People of the State of New York, on the relation of William C. Hunt, against the Fayetteville & Syracuse Railroad & Turnpike Company. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. MACK, Appellant, v. WARDEN OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York, on the relation of John Mack, against the Warden of the City Prison. No opinion. Motion to dismiss appeal granted.

PEOPLE ex rel. McKEAGNEY v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Proceeding by the People of the State of New York, on the relation of James McKeagney, against Rhinelander Waldo, as Commissioner. V. L. Leibell, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. O'CONNOR v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Proceeding by the People of the State of New York, on the relation of William M. O'Connor, against Rhinelander Waldo, as Police Commis-